

**U.S. Department of Justice**

Environment and Natural Resources Division

JMG:ND
90-11-3-1057-A

*Environmental Enforcement Section*
*P.O. Box 7611*
*Washington, DC 20044-7611*

FILED
SCRANTON
FEB 14 2001
PER _____
DEPUTY CLERK

*Telephone (202) 514-4628*
*Facsimile (202) 616-6583*

February 14, 2001

Honorable Thomas I. Vanaskie
Middle District of Pennsylvania
235 N. Washington Avenue
Scranton, PA 18501

**RECEIVED**

**FEB 14 2001**

**OFFICE OF JUDGE VANASKIE**

Re: **United States v. Nassau Metals Corporation, et al., C.A. No. 3:96-CV-562 (Estate of Joseph Brenner)**

Dear Judge Vanaskie:

This is a status report regarding the above-referenced case with respect to the Estate of Joseph Brenner.

On December 20, 2000, the United States lodged a Consent Decree that has been executed by the United States and the representative of the Estate of Joseph Brenner. Thereafter, counsel for the United States followed the normal Department of Justice procedures for having notice of the Consent Decree published in the Federal Register. A request was forwarded on January 5, 2001 for the notice to be published. Although the request did reach the office responsible for placing the notice in the Federal Register, the notice was not published -- apparently because it was misplaced in that office. Upon determining this, counsel immediately forwarded a second request for publication.

The notice was published in the Federal Register on February 8, 2001, and therefore the thirty-day public comment period will expire on March 9, 2001. The notice appears in the Federal Register, Vol. 66, Number 27, Page 9597. Upon expiration of the public comment period, and depending upon the comments, if any, received, the United States will promptly submit a motion requesting that the Court enter the Consent Decree or take some other course of action.

The United States apologizes to the Court for the delay

experienced in getting the notice published in the Federal Register.

Sincerely,

Nat Douglas
Trial Attorney
Environmental Enforcement Section

cc: Bonnie Pugh Winkler, EPA
    Martin Cohn, Counsel for Estate of Joseph Brenner



**IMPORTANT:** This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

**FROM:**     Department of Justice
              Environment and Natural Resources Division
              Environmental Enforcement Section
              1425 New York Avenue, N.W.
              Washington, D.C. 20005

              Fax No.     202/616-6583
              Voice No.   202/514-4628

**SENT BY:**  Nathaniel Douglas

**TO:**       Honorable Thomas I. Vanaskie

**FAX No.**   570/207-5729

**NUMBER OF PAGES SENT (INCLUDING COVER PAGE): 3**

**SPECIAL INSTRUCTIONS:** Pursuant to a request from your office, please find enclosed a letter status report regarding the case referenced in the attached letter. A copy of this letter has been forwarded to Martin D. Cohn, counsel for the Estate of Joseph Brenner.